944 So.2d 459 (2006)
Joan GROSS, Appellant,
v.
WASHINGTON CORRECTIONAL INSTITUTION and York STB, Inc., Appellees.
No. 1D06-4924.
District Court of Appeal of Florida, First District.
November 29, 2006.
*460 T. Rhett Smith, and Teresa E. Liles of T. Rhett Smith, P.A., Pensacola, for Appellant.
Colleen Cleary Ortiz, Pensacola, for Appellees.
PER CURIAM.
DISMISSED. See Mintz v. Broward Corr. Inst., 800 So.2d 343 (Fla. 1st DCA 2001).
ERVIN, ALLEN, and WOLF, JJ., concur.